AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

SERVED

| | |
|---|---|
| LINDA FRITZ, <br> *Plaintiff(s)* <br> v. <br> DIVERSE ADVANCED PORTFOLIOS LLC, <br> *Defendant(s)* | Civil Action No. 3:18-cv-00335 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Diverse Advanced Portfolios LLC
c/o Janelle Hawkins
29 West Main Street Upper Rear,
Lockport, New York 14094

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   5/8/2018

s/ J. Titak
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Wisconsin

Case Number: 3:18-CV-00335

Plaintiff:
**LINDA FRITZ**

vs.

Defendant:
**DIVERSE ADVANCED PORTFOLIOS LLC**

For:
JOSEPH DAVIDSON
SULAIMAN LAW GROUP, LTD
2500 S. HIGHLAND AVENUE, SUITE 200
LOMBARD, IL 60148

Received by Direct Process Server LLC on the 10th day of May, 2018 at 1:33 pm to be served on **DIVERSE ADVANCED PORTFOLIOS LLC, 29 WEST MAIN STREET UPPER REAR, C/O JANELLE HAWKINS, LOCKPORT, NY 14094**.

I, Ashley Czarnecki, do hereby affirm that on the **16th day of May, 2018** at **4:02 pm**, I:

served a CORPORATION by delivering a true copy of the **Summons In A Civil Action , Complaint ,Notice Consent and Reference of Civil Action To A Magistrate Judge**, to: **TIM CASE** as **AUTHORIZED PARTY** for **DIVERSE ADVANCED PORTFOLIOS LLC**. at the address of: **29 WEST MAIN STREET UPPER REAR, LOCKPORT, NY 14094**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 49, Sex: M, Race/Skin Color: BLACK, Height: 6'0, Weight: 250, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on : 5/16/18
               Date

Ashley Czarnecki

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2018001441

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

